**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 16-CV-60101-JAL

BPI SPORTS, LLC; and BPI SPORTS
HOLDINGS, LLC,

      Plaintiffs,

 v.

USA NUTRACEUTICALS GROUP, INC.;
and ULTRA-LAB NUTRITION, INC.
d/b/a BEAST SPORTS,

      Defendants.

_____/

## STIPULATION OF DISMISSSAL WITH PREJUDICE

     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the

dismissal with prejudice of all claims in this action, with each party to bear its own attorneys' fees and

expenses.  A proposed final order of dismissal agreed to by the parties is attached hereto.

Dated:  April 22, 2016                  Respectfully submitted,

| | |
|---|---|
| */s/ Sanjay Karnik* | */s/ John C. Carey* |
| Sanjay Karnik (*with express permission*) | John C. Carey / Fla. Bar No. 78379 |
| sanjay@amintalati.com | jcarey@careyrodriguez.com |
| AMIN TALATI & UPADHYE, LLC | Frank S. Hedin / Fla. Bar No. 109698 |
| 100 S. Wacker Dr., Suite 2000 | fhedin@careyrodriguez.com |
| Chicago, IL 60606 | CAREY RODRIGUEZ |
| Telephone: (312) 327-3327 | MILIAN GONYA, LLP |
| Facsimile: (312) 884-7352 | 1395 Brickell Avenue, Suite 700 |
| | Miami, Florida 33131 |
| Adam D. Palmer, P.A. | Telephone: (305) 372-7474 |
| apalmer@schoepplburke.com | Facsimile: (305) 372-7475 |
| SCHOEPPL & BURKE, P.A. | |
| 4651 N. Federal Highway | Cary A. Lubetsky / Fla. Bar No. 961360 |
| Boca Raton, FL 33431 | cal@khllaw.com |
| Telephone:  (561) 394-5602 | KRINZMAN, HUSS & LUBETSKY, |
| Facsimile (561) 394-3121 | LLP |
| | 800 Brickell Avenue, Suite 1501 |
| *Counsel for Defendants* | Miami, Florida 33131 |

Telephone: (305) 854-9700
Facsimile: (305) 854-0508

Michael B. Chavies / Fla. Bar No. 191254
michael.chavies@akerman.com
AKERMAN LLP
One Southeast Third Avenue, Suite 2500
Miami, Florida 33131
Telephone: (305) 374-5600
Facsimile: (305) 374-5095

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Frank S. Hedin*